

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

REGINALD MERCHANT
PLAINTIFF(S)

CIVIL ACTION

VERSUS

No. 17-1806 "N"

ROBERT TANNER
DEFENDANT(S)

SECTION: N

## NOTICE OF CHANGE OF ADDRESS

Dear Clerk:

Please note the following address change:

New Address: (PLEASE PRINT)

Reginald Merchant
(NAME)

2734 Milan
(STREET ADDRESS)

New Orleans   LA   70115
(CITY)        (STATE)   (ZIP CODE)

504-644-6782
(TELEPHONE NUMBER)

**CERTIFICATE OF SERVICE**
I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 2 day of November, 2017

_____
(SIGNATURE)

**Submitted by:**

Reginald Merchant
(SIGNATURE)

11-2-17
(DATE)

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

04/2004